# Third District Court of Appeal

## State of Florida

Opinion filed June 15, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D20-1244 & 3D20-1716
Lower Tribunal No. 19-1856
_____

**Computershare Trust Company, N.A., etc.,**
Appellant,

vs.

**Shirley Perez-Pagan, etc.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Celeste Hardee Muir, Judge.

Liebler Gonzalez & Portuondo, and Mary J. Walter, B.C.S., for appellant.

Wasson & Associates, Chartered, and Roy D. Wasson; Peter A. Cohen, for appellee.

Before FERNANDEZ, C.J., and LOGUE and MILLER, JJ.

PER CURIAM.

Affirmed.